UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ELISEO ANTONIO ARANGO CARMONA,

                Plaintiff,

       - against -

RAUL MALDONADO, JR., *Warden,
Metropolitan Detention Center*; KENNETH
GENALO, *New York City Field Office
Director, U.S. Immigration and Customs
Enforcement*; TODD LYONS, *Acting Director,
U.S. Immigration and Customs Enforcement*;
MARKWAYNE MULLIN, *Acting U.S.
Secretary of Homeland Security*; and TODD
BLANCHE, *Acting Director, U.S. Immigration
and Customs Enforcement*,

                Defendants.
--------------------------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-2005 (PKC)

PAMELA K. CHEN, United States District Judge:

Upon review of Petitioner Eliseo Antonio Arango Carmona's Petition for a Writ of Habeas

Corpus under 28 U.S.C. § 2241, (Pet., Dkt. 1), and Emergency Motion for Order to Show Cause,

(O.S.C. Mot., Dkt. 2), it is hereby ordered that:

1.      Respondents shall, **by 6:00 p.m. on April 9, 2026**, show cause in writing why a

writ of habeas corpus should not be issued and why Petitioner should not be immediately released.

*See* 28 U.S.C. § 2243.  If Respondents contend that Petitioner is detained under a statute other than

8 U.S.C. § 1226(a), their response must state what facts, if any, distinguish Petitioner's case from

the vast majority of district court cases that have disagreed with Respondents' contention.  *See*

*Barco Mercado v. Francis*, 811 F. Supp. 3d 487, 494, 506 (S.D.N.Y. Nov. 26, 2025) (collecting

cases).  Respondents are further directed to include "affidavits and exhibits . . . to establish the

lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas

petition." *See Belqui M. v. Bondi*, No. 26-CV-0308 (MJD) (SGE), 2026 WL 185203, at *1 (D. Minn. Jan. 21, 2026), *report and recommendation adopted*, 2026 WL 194071 (D. Minn. Jan. 25, 2026).

2. To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are **restrained from removing Petitioner from the United States** until further order of this Court. *See M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases ordering same).

3. Furthermore, considering Petitioner's interest in participating in proceedings before this Court and maintaining adequate access to legal counsel, Respondents are **restrained from transferring Petitioner to a facility outside of this District, the Southern District of New York, or the District of New Jersey** absent further order of this Court. *See Samb v. Joyce*, No. 25-CV-6374 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. 3) (collecting cases ordering same); 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law").

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: April 6, 2026
      Brooklyn, New York